

# NUMBER 13-13-00682-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE LEO G. CLICK JR.

**On Petition for Writ of Mandamus
and Motion for Temporary Relief and Stay.**

## ORDER

**Before Justices Rodriguez, Garza, and Perkes
Per Curiam Order**

On December 10, 2013, relator, Leo G. Click Jr., filed a petition for writ of mandamus and a motion for temporary relief and stay. Through the petition and motion, relator seeks relief from a discovery order requiring him to provide the opposing parties with a hair sample pursuant to Texas Rule of Civil Procedure 204. *See* TEX. R. CIV. P. 204 (establishing the requirements for obtaining discovery in the form of physical or mental examinations). The Court, having examined and fully considered the motion for temporary relief and stay, is of the opinion that the motion should be granted. Accordingly, we grant the motion for temporary relief and stay the trial court's order of November 25, 2013, and any subsequent

written order that would require the production of a hair sample. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

This Court requests that the real parties in interest, Carlos H. Lowenberg Jr., individually and as independent executor to the estate of Nicole K. Lowenberg and as next friend of Nicholas A. Lowenberg and Carlos H. Lowenberg, III, minors, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.4, 52.87.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of December, 2013.